UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVON MARSHALL,

      Plaintiff,

v.                                        Case No: 6:21-cv-1377-RBD-EJK

RODRICK ROBINSON,

      Defendant.

## ORDER

This cause comes before the Court on Defendant Rodrick Robinson's Unopposed Motion for Order Compelling Physical Examination of the Plaintiff, Javon Marshall, and Unopposed Motion to Expedite Ruling (Doc. 36), filed November 4, 2022. Upon consideration, the Motion is due to be granted.

Federal Rule of Civil Procedure 35(a)(1) provides, in relevant part, that the "court where the action is pending may order a party whose . . . physical condition . . . is in controversy to submit to a physical . . . examination by a suitably licensed or certified examiner." The court may enter such order "only on motion for good cause and on notice to all parties and the person to be examined." Fed. R. Civ. P. 35(a)(2)(A). The order must also "specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Fed. R. Civ. P. 35(a)(2)(B).

The party moving for a mental or physical examination under Rule 35 has the burden of establishing that the opposing party's physical condition is "in controversy"

and demonstrating "good cause" for the Court to order the examination. *See Schlagenhauf v. Holder*, 379 U.S. 104, 118–19 (1964). These requirements are "necessarily related" and may be satisfied by the pleading itself when, for example, a plaintiff "in a negligence action . . . asserts mental or physical injury . . . ." *Id.* at 119.

Because Plaintiff has placed his physical condition at issue in the operative Complaint (*see* Doc. 18 ¶ 18), Defendant has established good cause for taking the physical examination and has otherwise complied with Rule 35.

Accordingly, it is **ORDERED** that:

1. Defendant Rodrick Robinson's Unopposed Motion for Order Compelling Physical Examination of the Plaintiff, Javon Marshall, and Unopposed Motion to Expedite Ruling (Doc. 36) is **GRANTED**;

2. Plaintiff shall submit to a physical examination by Richard L. Shure, M.D. on December 5, 2022, at 9:00 a.m. at 315 East Robinson Street, Suite 510, in Orlando, Florida 32801; and

3. The examination will include a complete physical examination of the body, to include the neck and back, as well as a review of Plaintiff's medical history.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE